UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT D. CARTER,<br><br>          Petitioner,<br><br>  vs.<br><br>ALICE PAYNE,<br><br>          Respondent. | NO. CV-06-3066-JLQ<br><br>ORDER DISMISSING ACTION |

By Order filed August 25, 2006, the court directed Mr. Carter to amend his *pro se* Habeas Petition to demonstrate his claims are both timely and properly exhausted. By Order filed October 30, 2006, the court directed Petitioner to show cause why his Petition should not be dismissed as Petitioner had not complied with the court's directive. Petitioner was cautioned that failure to do so would result in dismissal of this action. He has filed nothing further.

Accordingly, for the reasons set forth in the Order filed August 25, 2006, **IT IS ORDERED** Mr. Carter's Petition is **DISMISSED with prejudice** as time-barred under 28 U.S.C. § 2244(d) and as unexhausted under 28 U.S.C. § 2254(b)(1).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal, forward a copy to Petitioner, and close the file.

**DATED** this 12th day of December 2006.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 1